BESSIE K. BELSKY, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

Argued February 27, 1939; decided April 4, 1939.

*Harry M. Begun* for appellant.

*Kenneth deF. Carpenter* and *Louis H. Cooke* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.